UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ANTHONY SENA</u>
          Plaintiff

      V.                        CIVIL ACTION

                                  NO. <u>04-10620-MLW</u>

<u>METROPOLITAN LIFE INSURANCE CO.</u>,
          Defendant

<u>O R D E R</u>

<u>Wolf, D. J.</u>

      The complaint in the above-entitled action was filed on <u>March 31, 2004</u>.  As of this date there has been no return to the Court of proof of service of the summons and complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

      Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

                                                    By the Court,

<u>August 12, 2004</u>                        <u>/s/ Dennis O'Leary</u>
    Date                                Deputy Clerk

(4mdism-notice.wpd - 12/98)                                      [o4m]