# UNITED STATES DISTRICT COURT

District of _Massachusetts_

ANTHONY SENA

V.

METROPOLITAN LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 - 10620 MLW**

TO: (Name and address of Defendant)

Metropolitan Life Insurance Company
c/o Division of Insurance
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Widdison
Law Office of John J. Widdison
2277 State Road
Plymouth, MA 02360

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 3-31-04

(By) DEPUTY CLERK

## RETURN OF SERVICE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

August 31, 2004

I hereby certify and return that on 8/30/2004 at 1:10PM I served two copies copy of the within Summons and Complaint in this action together with $6.00 in fees, upon the within named Metropolitan Life Insurance Company in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
           Date               Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.