UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04CV10620 MLW

2004 SEP 10 P

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY SENA,                              )
                                           )
  Plaintiff                                )
                                           )
v.                                         )
                                           )
METROPOLITAN LIFE INSURANCE                )
COMPANY,                                   )
                                           )
  Defendant                                )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant Metropolitan Life Insurance

Company in the above-captioned matter.

METROPOLITAN LIFE
INSURANCE COMPANY
By its attorneys,

James F. Kavanaugh, Jr. BBO# 262360
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated: September 9, 2004

209187.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on 9/9/04