UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04CV10620 MLW

ANTHONY SENA, )
)
  Plaintiff )
)
v. )
)
METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
  Defendant )

## MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a) to enlarge the time within which it must serve a response to the complaint from September 20, 2004, to October 20, 2004. As grounds therefor, the defendant states that said additional time is necessary for it to prepare its response because of the nature of the issues raised in the complaint.

METROPOLITAN LIFE
INSURANCE COMPANY
By its attorneys,

James F. Kavanaugh, Jr. BBO# 262360
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: September 9, 2004
209190.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/9/04.