```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


ANTHONY SENA,                  )
        Plaintiff(s),          )
                               )
v                              )        C.A. No. 04-10620-MLW
                               )
METROPOLITAN LIFE INSURANCE CO )
        Defendant(s),          )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                       December 22, 2004


    This action is one of about 214 civil cases assigned to me. I am also responsible for about 45 criminal cases, involving more than 60 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

    Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Alexander, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Alexander will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would

be taken directly to the Court of Appeals for the First Circuit.

Therefore, the parties are being ordered to inform the court by January 13, 2005 whether they consent to a transfer of this case to Magistrate Judge Alexander for all purposes. The parties are free to inform the court that they do not consent to the transfer of this case to the Magistrate Judge and will not suffer any adverse substantive consequences. However, any failure to respond by the foregoing date will be deemed a consent to the proposed reassignment.

/s/ MARK L. WOLF, D.J.
UNITED STATES DISTRICT COURT