## CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

WRITER'S DIRECT DIAL: 617-348-8202
E-MAIL: JKAVANAUGH@CKRPF.COM

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER

January 12, 2005

**BY HAND**

Honorable Mark L. Wolf,
  District Judge
U.S. District Court for the
  District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

RE: <u>Anthony Sena v. Metropolitan Life Insurance Company</u>
    Civil Action No. 04-CV10620-MLW

Dear Judge Wolf:

I write in response to your December 22, 2004 Memorandum and Order requesting that the parties inform the Court whether they consent to a transfer of this case to a Magistrate Judge for all purposes. The parties have conferred on this issue and are unwilling to consent to that transfer.

Very truly yours,

James F. Kavanaugh, Jr.

JFK/lm:5182-029
cc: John Widdison, Esq.

217710.1