UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04CV10620MLW

```
ANTHONY SENA               )
     Plaintiff,            )
                           )
V.                         )
                           )
METROPOLITAN LIFE          )
INSURANCE COMPANY          )
     Defendant.            )
```

**CERTIFICATION PURSUANT TO LR 16.1(D)(3)**

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Lowell D. Kass, Esq.                /s/ James F. Kavanaugh, Jr.
Lowell D. Kass, Esq.                    James F. Kavanaugh, Jr. BBO#262360
Metropolitan Life Insurance             CONN KAVANAUGH ROSENTHAL
27-01 Queens Plaza North                  PEISCH & FORD, LLP
Long Island City, NY 11101              Ten Post Office Square
                                        Boston, MA 02109
                                        617-482-8200

DATED: February 22, 2005

220514.2