UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY SENA
        Plaintiff

V.                              CIVIL NO. 04-10620 MLW

METROPOLITAN LIFE INSURANCE COMPANY
        Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

      This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

      The above-entitled action having been filed on **March 31, 2004**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) Document requests by both parties shall be made on or before April 15, 2005. If the parties seek additional discovery, the parties shall file a motion for leave on or before **April 1, 2005**;

(2) all dispositive motions, including motions for summary judgment, shall be filed by **June 30, 2005**, responses, including cross-motion, are to be filed **July 29, 2005**, and opposition to the cross motion shall be due on or before **August 15, 2005**, and all filings must conform to the requirements of Local Rule 56.1;

(3) a further status conference or motion hearing will be held on **June 14, 2005,** in **Courtroom # 24** on the **7th** floor.

      All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when

the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **status conference** is scheduled at **3:30 PM** on **June 14, 2005,** Courtroom 24, 7th floor.

> HONORABLE JOYCE LONDON ALEXANDER
> UNITED STATES MAGISTRATE JUDGE
>
> By the Court:
>
> /S/ Rex Brown
> Courtroom Clerk

March 24, 2005
Date