UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 04CV10620

| | |
|---|---|
| ANTHONY SENA, Jr,. <br>     Plaintiff | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) <br> ) |
| METROPOLITAN LIFE INSURANCE <br> COMPANY, <br>     Defendant | ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action, pursuant to provisions of F.R. Civ.P. Rule 41(a)(1)(ii), and hereby stipulate that the above action be dismissed with prejudice and without costs to either party.

The Defendant, Met Life
by its Attorneys
CONN KAVANAUGH, ROSENTHAL,
PEISCH & FORD, LLP

_____
Constance M. McGane,
BBO# 546795
Ten Post Office Square
Boston, MA 02109
617/482-8200

The Plaintiff, Anthony Sena, Jr.
by his Attorney
LAW OFFICE OF JOHN WIDDISON

_____
John J. Widdison
BBO # 562200
2277 State Road
Plymouth, MA 02360
508/833-3148

Date: 6/30/05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 6/30/05 _____